UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**United States of America et al,**
      **Plaintiffs,**

      **v.**

**Takeda Pharmaceutical Co. Ltd. et al,**
      **Defendants.**

**CIVIL ACTION**

**NO. 10-11043-FDS**

## ORDER OF DISMISSAL

**Saylor, D. J.**                        November 01, 2012

In accordance with the Court's Memorandum and Order issued on November 01, 2012, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be dismissed.

So Ordered.

F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

By the Court:    **/s/ Pietro Cicolini**
                            **Deputy Clerk**